EMIL HASHIMAN
14381 RAFAEL ST.
CABAZON CALIFORNIA 92230
(909) 450-9668
(909) 541-8445
In pro per


FILED
MAR 18 2020
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA- RIVERSIDE DISTRICT

| | |
|---|---|
| In re<br><br>EMIL HASHIMAN<br><br>Debtor | Case No. 6:10-bk-11820-~~PC~~ WJ<br>Chapter: 13<br><br>Title: EX PARTE APPLICATION FOR ORDER TO REOPEN CASE<br>HEARING DATE: ~~TBD~~ 4/22/2020  2:00 pm<br>3420 TWELTH ST.<br>RIVERSIDE CA 92501  Courtroom 304 |

TO: The Honorable United States Bankruptcy Judge

The application of Emil Hashiman in Pro per respecfully represents:

That he is the Debtor herein. That this case has been closed pursuant to Federal Rules of Bankruptcy Procedure, Rule 5009, and the Trustee has been discharged. Applicant desires to file a complaint to determine dischargeability of debts pursuant to Federal Rules of Bankruptcy Procedure, Rule 4007(a)

WHEREFORE, applicant prays for an order directing that this case be reopened and the applicant have such order and further relief as is just.

Dated: 3/18/2020                    Applicant _____
                                    Emil Hashiman

60149222                             (1)

1
2
3
4
5 Comes now Debtor Emil Hashiman, In pro per requesting Ex
6 Parte Application for Order to Reopen case Emergency Upon
  newly discovered evidence of "bad faith" against Creditor
7 and Debtor's Attorney, This application is considered a
8 motion and will be served on debtor's attorney [Fed. R.
9 Bankr. P., Rules 5010, 9013]
10 There is no time limit for reopening a case to determine the
   Dichargeability of a debt of the types enumbered at 11
11 U.S.C. 523(a), and no filing fee is required [ Fed. R.
12 Bankr.P. Rules 4007(b), 5010, Advisory Committee.
13 I believe this entire case should be dissmissed based on
14 2005 bankruptcy reform act. I believe that I have been
15 targeted under the 2001 Patriot Act prior to 1992 going back
   to 1980. My father Dr. Sayed Khalil Hashemeyan had filed
16 U.S. Government employment that had to do with Nuclear
17 secrets that I have discovered. My Immagration status was
18 Changed by The federal government in 1997 From Afghanistan
19 to another Unknown origins. I have all my legal passport
   documents going back to 1971 when I arrived in the USA Under
20 a j-1 Visa all records of my reentery in August 13, 1979 in
21 NY my Canadian Marriage Certificate with my wife and son
22 whom are all happily together minus a 2005 court
23 application for custody of my Son which was dropped as soon
24 as my wife came back to the States. I will be happy to show
   all of my documents. I am only including some of the civil
25 violations imposed on me since 1996. The properties I own
26 are in control of the courts with whom I would want to
27
               2
28

negotiate. I beelieve that I have been put under Civil Section 1714.5 and 1714.6 . The Enemy of the State? I HAVE JUST DISCOVERED THROUGH MY FATHERS FILES.

There is only one solution to this, a Presidential Pardon w. US Ambassador, Dr. Zalmay Khalilzad has personal knowledge of my and My fathers background. Please put this entire case on hold until I am able to reach him. Dr. Khalilzad works with the State Department and worked with my father in the eighties in the think tank called RAND CORP IN SANTA MONICA CA. who worked with President Ronald Reagan, He is President Donald Trumps

Debtor filed a Motion to open case in Santa Ana on 3/12/2020 with an objection of sale of estate case 8:19-bk-13858 ES here in attached as Attachment AA

I, Emil Hashiman declair,

1. I have lived in Cabazon California since 2015, with my wife Hawa and my son Isaac who is 15 years old. Our previous Address was 1712 Fern Street, Ontario California and continue to share a home at 5379 Granada Street Montclair with my 78 year old mother on the weekends.

2. I am the Debtor in a voluntary chapter 13 bankruptcy case commenced on 1/24/2010 and dismissed on 3/12/2010 on the request of attorney Eric C. Morris, the Case No. is 6:10-bk-11820-PC (Base Case) John Bakhit SBN246643 was substituted by Eric C. Morris on 3/3/2010.The Voluntay turned involuntary.

Eric C. Morris SBN243425 has continued to mislead this Debtor. Attorney Eric C. Morris Brought this debtor into this bankruptcy court while there was a pending State Civil Action at the Commencement of this case. Both Plaintiff attorney and this Debtor Attorneys presented Evidence to

3

Presiding Judge, Honorable Peter Carroll, Courtroom 304 United States Bankruptcy Court Central District of California Riverside division. The evidence presented to the bankruptcy and State court was in "bad Faith" by the Movant Danat Investment and Debtor's Attorney Eric C. Morris and Attorney's John Bakhit and Walter Huff ( Representing Debtor)

3. I come before you in good faith so that I may present new evidence in this case against the allegation of "Bad Faith" or "Fraud" alleged against this debtor. Debtor was informed on January 10th, 2020 upon visiting Attorney Eric Morris at his Office.

4. First document brentwood escrow 3238T March 2, 2000 where Debtor paid $6750.00 to purchase 711 Enchanted way and copy of EMI construction check - Second escrow 3461-TL 7/24/2000 for 705 Enchanted for $225,000 with payment with EMI Construction check for $6000.00 Danat pleadings of evidence said that danat paid the two above checks. Attachment B1-4, cannon escrow attachment c-1 which construction loans of $800,000 from Galloway was offset to 705 enchanted

5.Creditor
The creditor, Mr. Eget and I, debtor met in 1992, having worked on his private residence and his steel plant in Torrance California and Livermoor California, as a contractor. His daughter, Laura Elghanian, and I dated for several years prior to her marriage to Mr. Elghanian.

Creditor has failed to disclose the 938 Galloway Street Pacific Palisades California. This project started on March 1999 and completed in August 2000. The three properties in dispute were purchased between this period. Creditor placed

4

all of the expences including the construction loans from the Galloway project onto 705 Enchanted way Pacific Palisades project which was in Debtors name. In addition, Creditor had debtors finances completely in his control. All of debtor's financial affairs was handled by the Creditor. Bank statements escrow instructions as well as deposits and withdrawls from banks were in the hands of the creditor.

6- Debtor has provided the court a copy of the expense spread sheet for all four properties (attachment 3 pg1-8).

7- Debtor sold the home AT 938 Galloway st. in the framing stage despite the fact that realtor Alex Katz, creditors granddaughter's, fiance was the listing agent and debtor was contracted in this first project. Debtor was motivated to show creditor his abilities and expertise in construction in order to create a joint venture with future lots. Debtor was careless in trusting the creditor with whom he had a personal relationship. Galloway was scheduled to complete on March 6, 2000 but got delayed to August 2000 due to change orders. Copy of Canon Escrow attached as Exhibit 2.

8.- Lecco Lane property was purchased in January 2000 and the first Brentwood Escrow was opened (3461-TL) for $225,000.

9. 711 Enchanted Way with a was purchased on March 3rd 2000. Exhibit 3 shows that debtor signd a check for $6750 with a check from EMI Construction and 705 Encanted was purchased with a check from EMI construction for $6000.00 see #4.

10- Evidence provided is enough to clear debtor of fraud claims by creditor.

11- Attachment E, is a loan for $997,000.00 which I entered into a Escrow and cancelled. The escrow document shows Emil Hashiman as the Buyer and Michael Forbes as the

5

seller. Debtor, Emil Hashiman sent the Realtor/ Escrow a letter cancelling the transaction. I have now discovered that the realtor/escrow company did not cancel the escrow instead, the loan has the seller's name Michael Forbes, as the borrower.

12- Creditor, Danat Investment had total control of Debtor's financial affairs, including control of debtors mailing address for all finacial affairs. Creditor and Debtor used Danat Investments office address 911 Pico Bvd. suite PH E Los Angeles Ca. 90035 between 2000 thru 2009 (10866 Wilshire Blvd., #850 Los Angeles CA 90024 prior to 2000). Debtor did not realize the Plot including incriminating debtor until now. Please notice the 1999, 2000, 2001 and 2003 1098 and 1099 forms, herein attached.

    A- Attachment F 1 and F2 1999 and 2000, form 1099 Payer name WSBR LP, 10866 Wilshire Blvd. #850 Los Angeles CA. 90024 Payer federal Identification {recipient's name address}, Emil Hashiman, 5379 Granada St. Montclair CA 91763 (Non employee compensation $150,800.00(1999) and $150,000.00 (2000)) The payer here is Danat Investment (Dan Eget) Creditor , Movant. This Payment is the work Done on 938 Galloway Street Pacific Palisades. WSBR LP is also shown on the properties expense spread sheet here in attached.

    B- (Attachment F3) 2001- 1098 form (Recipient name ) IndyMac Bank FSB HCL/CLCA Division, 3465 E. Foothill Blvd. Pasadena CA 91007, ***Recipient's Federal Identification no 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 (THIS IS AN ERROR) PAYOR' SOCIAL SECURITY NUMBER 95-1186705 (THIS IS AGAIN AN ERROR) THE PAYER AND RECIPIENT TAX ID'S ARE SWITCHED.*** (Payer's borrower's name) Emil Hashiman 9911 W.Pico Blvd Suite Suite #PH-E Los Angeles CA 900352703 (ACCOUNT NUMBER HASHIMAE) (Mortgage Interest

6

recieved from Tax payer $13225.63) **_The address is again the same address as the creditor._**

  C- (Attachment F4) 2003 1098 form from Indymac FDIC with recipient Indymac Bank FSB PO box 4045 Kalamazoo, MI 49003-4045 Federal Identification number 95-1186705 (Account 1002354734) (payers name and address) Emil Hashiman 9911 Pico Blvd suite PH-E, los angeles CA 90035

13- Mistaken social security number Please mote that the franchise Tax Board issued this letter back in 1988 for Sayed Hashemeyan (My Father) who could have been used as a co- debtor in this case of "Mistaken Identity" Sayed Hashemeyan 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 was given the Social Security of Sameya Hasshemeyan his spouce (315-66 3655) my father passsed away in June,5 2018. Please see form 2017 SSA 1099 claim number for Sayed K Hashemeyan is 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 B1

**TRANSCRIPTION OF THE PLEEDINGS FROM CREDITOR'S ATTORNEY MATT KOHN DOC18 FILED 2/24/10 A COPY ATTACHED AS "Z"**

Plaintiff's Trial Brief- Contentions of Fact and Law and Law for Four Counts and Remedies in the Complaint that Plaintiff Danat Investments Company Plans to Pursue at Trial.

Count 1- Quite Title to Real Property. Damat seeks equitable relief for the restoration of title to 705 and 711 Enchanted Way properties

Elements to establish Quiet Title:

1- Danat has valid claims of title to 705 and 711 real properties.

2- Defendant is asserting an adverse- legal or equitable - claim, right, title, or inteest to 705 and 711 or a cloud on the title to the properties.

3- Danat remedies are order of Quite Title, statutory

7

damages for withholding property injunction relief for ejectment, and punitive damages.

Key evidence to establish Quite Title

Mr. Eget and Mr. Reese were business partners for 60 years. Defendant Emil Hashiman is a former friend of one of Mr. Eget's children and someone Mr. Eget accepted into his home Hashiman was never a partner of Danat.

711 (lot 42) subject real property is a vacant lot at 711 Enchanted Way, Pacific Palisades, California 90272. Danat has valid legal title to 711 under three additional duty executed quitclaims Deeds (nov) 16, (2000). Quitclaim Deed Sept. 21, 2007. Danat records 711 Dec. 15 (2000) Quitclaim Deed Sept. 21, 2007

On October 17 and 18, 2007 Hashiman emails Danat, asking for a copy of his written agreement with Danat; there is only one written contract and it is the Feb. 21, 2001 Memerandum. (ii) for purpose of executing quitclaim deeds;

To bolster this repudiation of the Memorandum, Hashiman falsely claims his signature on 705 (Lot41) Nov. 16 (2000) and 711 (Lot 42) Dec. 15 (2000) Quitclaim Deeds are not his signatures or his thumb prints on the notary log entries are not his thumb prints.

In deposition testimony Hashiman forges an oral contract scenario in violation of the Statute of Frauds that Danat is a passive silent investor and financier with real intersests in 705 and 711. Under this supposed oral pact, Danat supplies cash, finances, purchases and funds developement, pays the taxes, pays for permits, pays for geological, and maintains non-hazardous conditions on the properties. In exchange, Hashiman agrees to build at-cost on Dant's Lecco

8

Lane Property. To present date, Lecco Lane remains an empty lot.

Danat Paid cash for 711 by a June 22, 2000 deposit down $6,750 (Check Is from Emil) in Escrow No. 3238 and by a July 13, 2000 wire transfer of $219,386.75 in Escrow for a total of ($226,136.75) Danat paid all subsequent expenses to maintain the property.

Slander of title action is an unprivileged publication or recordation of a document that makes a false claim to real property, casts doubt upon the existence of Danat's title, and causes pecuniary to Danat. (Gudger v. Manton(1943)21Cal.2d537,541-46)

By his malice and his claim disavowing notarized and recorded instruments, Hashiman does not have an honest and good faith belief that he has any ownership interest in the property; and, such implied malice is all that is required to show here.

COUNT 6- COMMON COUNT FOR UNJUST ENRICHMENT. DANAT SEEKS EQUITABLE RELIEF FOR RESTORATION OF DANAT'S TITLE AND FOR RESTITUTION OF ALL EXPENSES AND BENEFITS UNJUSTLY HAD AND RECEIVED BY DEFENDANT HASHIMAN

1-Elements to establish Unjust Enrichment:
Hashiman received a benefit of the properties and took advantage through his relationship with Danat.
2- Hashiman unjustly retained the benefit at the expense of Danat.
3-Hsashiman must make full restitution of the benefit back to Danat.

9

END OF TRANSCRIPTION OF PLEEDIGS FROM CREDITOR'S ATTORNEY
MATT

I worked closely with the City of Montclair by participating in the annexation of 121 acres of county land in 2004. I knew that developement would occure which is why I waited ... Unfortunately, the County and the City chose Mr. Eget and other developers to take my place. I believe that I have contributed to society. I was given the Metal of Valor in the City of Riverside for saving a Senior citizens life in a burning house in 1981. I have read and learned a great deal in the past month. I did not know that I was in bankruptcy jurisdiction after dismissal. As a matter of fact, Mr. Morris set up the Wyoming LLC and encouraged me to place my properties into it back in 2010. I went to his office in November of 2019 to seek his advise regarding asset protection. He encouraged me to place my mothers house into a Corporation.

Under bankruptcy rule S94.10[2] Preemption of State Law: The Bankruptcy Code preempts all state laws that conflict with the code. The fact that I am in this adversary proceedings is for the purpose of Title 1 S1350-1376. Bankruptcy Rule 94.10[3] The County is busy with the transfer of all titles from the Enchanted property which I worked on in 2000 and the water and mineral rights from my Crestline lots as well as the Iglacia property with the road transfer.

1-938 GALLOWAY pacific Palisades PROJECT 1- NOT MENTIONED purchased by Eget 1/1/99

Creditor in the pleadings make no mention of the Galloway Project in the bankruptcy court nor did either of my three attorneys. Creditor obtained

1- Construction loan Under Hashiman brentwood escrow

$700,000.00 construction loan   forwarded to 705 enchanted

$100,000.00 outside equity   forwarded to 705 enchanted

lecco property    in Danat's Name

$74,000 .00   forwarded to Emil

$225,000.00 Indymac loan forwarded to 705 Enchanted

711 Enchanted purchase date 2/29/2000 In Danat's name

check from EMI Construction $6750 applied as a down payment.

$50,000 down payment (charged it to Emil Hashiman) to pay for lot

$175,000. check given to Emil as a promisery note, reimbursed to pay for this lot

$225,000.00 Loan Danat (Eget put it in Hawa's name)

escrow 3238 t 3/2/2000 $225000.00 forwarded to 705 Enchanted

705 Enchanted 7/24/2001  in Emil Hashiman's name

Galloway sold

Total expenses creditor applied on debtor
     $466,078.68 plus interest

construction   loan   forwarded   to   705   Enchanted
     $800'000.00    "

 Total charged to debtor $2,500,000.00

- Going into bankruptcy, Creditor kept the 2 Enchanted properties in my name and left it in my estate.

properties in my estate

5025 State Street , Montclair California paid off  worth $5,200,000.00

Loan for $275,000 was pulled on 3/10/2010 paid off on 7/20/2013

1712 Fern street Ontario CA   purchased for $50,000 in 2010 sold in 2013 for $335,000.00

14381 Rafael Street Cabazon Ca bought in 2013 for $100,000.00 WORTH $300,000

9025 Date Street Fontana CA bought in 2013 for $50,000 built a house now worth $400,000

5379 Granada Street Montclair CA worth $600,000

Jewl Street lot in Crestline bought in 2004 for $5000.00

Jungfrau bought in 2004 for $25000

Loan for 705 Enchanted for $210,000.00 2009

Loan for central morgage for $85000 was paid off in 2012

I DID NOT HAVE ANY DEBTS GOING INTO BANKRUPTCY, I WAS FOOLED BY ATTORNEY ERIC MORRIS. HE ALSO FILED ADVERSARY SUITE AGAINST EGET TO FURTHER HIS INTERESTS. WALTER HUFF WAS ALSO AN ATTORNEY WHO DAMAGED ME AS WELL AS JOHN BELKINS.

**THE FRANCHISE TAX BOARD FILED LIENS AGAINST MY BANKRUPTCY CASE** CAUSING DISCHARGE. DALW HOLDINGS WAS ANOTHER CREDITOR WHO FILED A LIEN HE WAS PAID OFF IN 2012.

Fedility Mortgage loan obtained on 3/9/2010 obtained with advise of my attorneys Eric Morris, Walter Huff and John Bakhit (see D)

ATTACHMENTS:

ATTACHMENT 1-(ESCROW 1) 6 PAGES BRENTWOOD ESCROW 711 ENCHANTED WAY PACIFIC PALISADES CA 90272 BONAFIED PROOF EMIL HASHIMAN PAID $6700.00 FOR THE LAND WITH CHECK #5480 COPY ATTACHED AND SIGNED DOCUMENTS ON 3/2/2000 THIS GOES TO PROVE THE INACURACIES OF THE CREDITOR CLAIMS

ATTACHMENT 2 COPIES OF ESCROW DOCUMENTS WHICH ALL WERE TRANSFERRED TO 705 ENCHANTED INCLUDING LOANS ON LECCO LANE, 938 GALLOWAY AND 711 ENCHANTED.

ATTACHMENT 3- COPIES OF THE LOG JOURNALS OF ALL THE PROPERTIES

938 GALLOWAY, LECCO LANE , 705 ENCHANTED WAY, 711 ENCHANTED .

12

14381 Rafael Street Cabazon Ca bought in 2013 for $100,000.00 WORTH $300,000

9025 Date Street Fontana CA bought in 2013 for $50,000

Date 3/18/2020        *Emil Hal*
                      EMIL HASHIMHA

ON 3/12/20 Angela Kennedy Brought The Form 5010 SHORT FORM TO This COURT HOUSE AND WAS Rejected Filing. A Fee WAS Requested. AGAINST Rules

*Emil Hal*

| | |
|---|---|
| 1  Party Name, Address, Telephone & FAX Nos. & Email Address: | **FILED** |
| 2  EMIL HASHIMAN | MAR 12 2020 |
| 3  5379 Granada St | CLERK U.S. BANKRUPTCY COURT |
| 4  Montclair CA 91763 | CENTRAL DISTRICT OF CALIFORNIA |
| 4  909 625 8051 H. | BY: _____ Deputy Clerk |
| 5  909 450 9668 C | |
| 6  isaac hashiman@gmail.com | |
| 7  IN PRO PER | |

8    UNITED STATES BANKRUPTCY COURT

9    CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

10

11   In re                                    Case No.: 8:19-bk-13858-ES

12                                            Chapter: 11

13                                            Title: Objection to Sale of
                                              Estate Property
14                  Debtor(s).                Objection to the confirmation
                                              of the chapter 11 plan
15   4627 CAMDEN LLC                          [DKT NO. 220; 262]
16   MORSE PROPERTIES LLC                     MOTION TO REOPEN CASE
17   BRUCE ELIEFF                             FOR CAUSE 11 USC § 350(b)
18                                            REQUEST FOR A HEARING
19

20

21                                            ☐ No hearing
22                                            ☒ Hearing
                                              DATE: TBD
23                                            TIME:
                                              COURTROOM: 5A
24                                            PLACE: 411 W Fourth St
25                                                   Santa Ana, CA 92701

26

27

28

1. COMES NOW DEBTOR EMIL HASHIMAN
2. DEBTOR IN BASE CASE 6:10-bk-11820-PC
3. WHO SUBMITS THE FOLLOWING DECLARAT
4. ION AND MEMORANDUM OF POINTS
5. IN MOTION TO 1-REOPEN CASE BANKRUPTCY
6. CASE 6:10-bk-11820-PC FOR CAUSE
7. 11 USC § 350(b) Federal Statute 94.72
8. 2- Objection to the SALE OF ESTATE
9. PROPERTY OF 4627 CAMDEN LLC AND
10. MORSE PROPERTY LLC
11.
12. 3- OBJECTION TO THE CONFIRMATION OF
13. CHAPTER 11 PLAN [DKT-NO 220, 262]
14. I EMIL HASHIMAN DECLARE,
15.
16. 1- I AM A CITIZEN OF THE UNITED
17. STATES
18. 2- I RESIDE AT 14381 RAFAEL ST. CABAZON
19.
20. CALIFORNIA
21. 3- I AM THE DEBTOR IN "BASE CASE"
22. CHAPTER 13 BANKRUPTCY CASE
23. FILED ON 1/24/2010.
24.
25. 4- THE CASE WAS CONVERTED
26. WITHOUT MY AUTHORITY UNDER
27. CHAPTER 11 9:17-bk-12045 (MAIN)
28. 5- ON 11/09/2017 CHAPTER 11 NON
INDIVIDUAL VOLUNTARY CASE

(1)

FILED. CASE NO. 9:17-bk-12045-DS
BIKRAM YOGA COLLEGE OF INDIA
LP. (MAIN CASE)

ON 11/17/2017 ORDER GRANTING
JOINT ADMINISTRATION (BNC PDF)
ON CASE 9:17-bk-12045 WAS
SIGNED

THIS CASE IS A RELATED CASE
WITH THE MAIN CASE
BRUCE ELIEFF HAS PLACED HIMSELF
AS A CODEBTOR TO MY MAIN CASE

I BECAME AWARE OF THIS THRU
THE PROPERTY SALES ON THE
BANKRUPTCY COURT WEBSITE

I REQUEST A HEARING TO
PRESENT MY CASE.

- UNDER BANKRUPTCY RULE 9474
[1]BURDENS OF PROOF: Res Judicata
Certified copy of ORDER OF Discharge
IS Required FOR Collections of Debt

_____  _____
EMIL HASHIMAN      EMIL HASHIMAN
3/12/2020
EH

2

| Sale | | 3238-TL |
|---|---|---|
| Escrow Instructions | | Escrow Number |
| TERRI LEVY/Lynn Fleischman | **BRENTWOOD** | March 2, 2000 |
| Escrow Officer | **ESCROW** | Date |

Serving you since 1978
970 Monument Street, Suite 108 • Pacific Palisades, California 90272
(310)454-5242 • FAX: (310)454-8433

TO: BRENTWOOD ESCROW, INC.

| Cash through Escrow | $ | 225,000.00 |
|---|---|---|
| **TOTAL CONSIDERATION** | $ | 225,000.00 |

I have handed the Broker my personal check in the amount of **$6,750.00** to be deposited into escrow by **March 6, 2000**; and I will further hand you balance of funds in the amount of **$218,250.00** plus any additional sums necessary for closing costs and adjustments between Buyer and Seller, in the form of a WIRE TRANSFER at least 2 business days prior to the close of escrow,

and will execute and deliver any instruments required to show title as called for, all of which you are authorized to use, provided on **APRIL 28, 2000** you have caused **Equity Title Company** to hand me a Policy of Title Insurance, with the usual title company's exceptions and a liability of **$225,000.00** covering property in the County of Los Angeles State of California, described as follows:

**EXACT LEGAL DESCRIPTION TO BE FURNISHED BY THE INSURING TITLE COMPANY AND TO BE APPROVED BY BUYER AND SELLER PRIOR TO THE CLOSE OF ESCROW.**

**PROPERTY COMMONLY KNOWN AS: Vacant Land: 711 Enchanted Way, Pacific Palisades, CA 90272 APN# 4419-005-042**

**SHOWING TITLE VESTED IN: EMIL HASHMAN** (exact manner of vesting to be determined through escrow)

**FREE FROM ENCUMBRANCES EXCEPT:**
(1) All general & special taxes for the fiscal year 2000-2001, not yet due and payable.
(2) Covenants, conditions restrictions, reservations, rights of way, and easements of record, if any.

INSTRUCTIONS ARE CONTINUED ON PAGE TWO AND PAGE NUMBER THREE

THE FOLLOWING PRORATIONS AND ADJUSTMENTS ARE TO BE MADE AS OF: <u>CLOSE OF ESCROW</u>
. Taxes based on latest available tax bill.
. I/We agree to pay customary charges, expenses and escrow fees.

EACH PARTY SIGNING THESE INSTRUCTIONS HAS READ THE ADDITIONAL ESCROW CONDITIONS AND INSTRUCTIONS ON PAGE NUMBER TWO HEREOF AND APPROVES, ACCEPTS AND AGREES TO BE BOUND THEREBY AND FURTHER ACKNOWLEDGES RECEIPT OF A COPY OF THESE INSTRUCTIONS

BUYER(S) : **EMIL HASHMAN**
Address    : 5025 West State Street Ontario, CA 91762

SEE LAST PAGE OF THESE INSTRUCTIONS FOR COMPLETE SIGNATURES. BUYER(S), Please initial: _____

The foregoing terms, provisions, conditions and instructions, together with page number two hereof are approved, accepted and concurred with by me in their entirety. I will execute and deliver any instruments required to show title as called for above, which you are authorized to deliver when you hold or have caused to be applied to my account, funds set forth above within the time as provided. Pay your escrow charges, my recording fees and charges for evidence of title as called for, whether or not this escrow is consummated, except those the buyer agreed to pay. You are authorized to pay bonds, assessments, taxes, and any liens of record to show title as called for, without further authorization.
Affix Documentary Tax Stamps and/or City Tax, if any, on deed as required.

SELLER(S): **THE ENGLANOFF FAMILY TRUST, U/D/T 10/28/86**
Address    : 157 North McCadden Place Los Angeles, CA 90044

SEE LAST PAGE OF THESE INSTRUCTIONS FOR COMPLETE SIGNATURES. SELLER(S), Please initial _____

**BRENTWOOD ESCROW, INC.**
PACIFIC PALISADES BRANCH
970 MONUMENT ST. SUITE 125  PACIFIC PALISADES CA 90272
(310) 454-52-2
CO. NO. 637-02

TRUST RECEIPT NUMBER:

Company Escrow No. 0637    Office 0002    R# 8550

Received From: E M I CONTRUCTION (fbo Emil Hashman)    3238-TL    Date 03/02/00

Amount of: Six Thousand Seven Hundred Fifty And 00/100    $ 6,750.00

[ ] Cash  [ ] Check  [ ] Wire  Received After Hour [ ]
[ ] Draft  [X] Cashier Chk  [ ] Money Order  Benefit of [ ] Buyer  [X] Other  [ ] Seller

ABA CK#  16-66  B of A  #5480

Received by: Terri Levy    / TL

Property: Vacant Land: 711 Enchanted Way
Pacific Palisades, CA 90272

**ORIGINAL COPY**

---

**E M I CONSTRUCTION**
5025 W STATE ST
ONTARIO, CA 91762

16-66/1220    5480

Date 2/29/00

Pay to the Order of  CALDWELL BANKER    $ 6750—

Six Thousand seven hundred fifty only Dollars

**Bank of America**
Claremont Branch 0205
339 Yale Avenue
Claremont, CA 91711  (909) 865-2424

Customer Since 1991

For  3238 - TL

⑈122000661⑈ 5480⑈ 020500 9259⑈

---

EMIL HASHMAN

Sale                                                                                                3461-TL

Escrow Instructions                                                              Escrow Number
**TERRI LEVY/Lynn Fleischman**                                                   **July 24, 2000**
Escrow Officer                                                                   Date

# BRENTWOOD ESCROW
Serving you since 1978

TO: BRENTWOOD ESCROW, INC. 970 Monument Street, Suite 105 • Pacific Palisades, California 90272
(310)454-5242 • FAX: (310) 454-8400

| | | |
|---|---|---|
| Cash through Escrow | $ | 50,000.00 |
| Encumbrance to Record - First Conventional Loan | $ | 175,000.00 |
| **TOTAL CONSIDERATION** | $ | 225,000.00 |

We the undersigned, hand you a copy of the Vacant Land Purcahse Contract and Receipt for Deposit dated July 10, 2000, including 1 Counter Offer and Disclosure Regarding Real Estate Agency Relationship (hereinafter referred to as "Purchase Agreement.")

To the extent these instructions are inconsistent or in conflict with the Purchase Agreement, these instructions will control as to the duties and obligations of Escrow Agent only.

The Buyer has handed the Broker a personal check in the amount of **6,000.00** which shall be deposited with Escrow Holder by **July 26, 2000**; and will further hand you the balance of funds in the amount of $44,000.00, plus any additional sums necessary for closing costs and adjustments between Buyer and Seller, in the form of WIRED FUNDS (Bank electronic transfer) 2 business days prior to the close of escrow; and will cause to WIRE TO YOUR ACCOUNT the proceeds of a new loan from a Lender of Buyer's choice.

**DEPOSIT OF CLOSING COST:** Pursuant to California Law(s), "collected funds" must be on deposit in Escrow Agent's Trust Account prior to close of Escrow. Accordingly, final deposit of funds sufficient to reconcile cash, together with cost, charges and/or adjustments to be in the form of **ELECTRONIC "WIRE" TRANSFER**, made 2 business days prior to Close of Escrow - pursuant to Instructions furnished by Escrow Agent prior to the close of Escrow.

**DATE OF CLOSE OF ESCROW:** on or before **OCTOBER 27, 2000**

**LEGAL DESCRIPTION:** As/To be furnished in escrow by **EQUITY TITLE COMPANY** under order no. LA0061535; Subject property located in the City of Los Angeles, County of Los Angeles, State of California, and is described as follows:

LOT 41 OF TRACT 21995 IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 590, PAGES 44 TO 48 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

**PROPERTY ADDRESS:** Seller states subject property is commonly known as:
**VACANT LAND PARCEL NO. 4419-005-041 (705 ENCHANTED WAY, PACIFIC PALISADES, CA 90272.)**

**BUYER'S VESTING:** Title to subject property will vest as follows:
**EMIL HASHIMAN** (Complete vesting to be provided to escrow holder prior to the close of escrow.)

COMPLETE SIGNATURES APPEAR ON THE LAST PAGE OF THESE INSTRUCTIONS

EACH PARTY SIGNING THESE INSTRUCTIONS HAS READ THE ADDITIONAL ESCROW CONDITIONS AND INSTRUCTIONS ON PAGE NUMBER TWO HEREOF AND APPROVES, ACCEPTS AND AGREES TO BE BOUND THEREBY AND FURTHER ACKNOWLEDGES RECEIPT

Attachment 4

| BRENTWOOD ESCROW, INC. | TRUST RECEIPT NUMBER: |
|---|---|
| PACIFIC PALISADES BRANCH | |

Company Escrow No. 0637   Office 0002   R# **9302**

Received From: EM' CONTRUCTION FBO EMIL HASHIMAN

3461-TL    Date 07/26/00

Six Thousand And 00/100    $ 6,000.00

[X] Cashier's Check    Received After Hour [ ]    Benefit of [ ] Buyer   [ ] Other   [ ] Seller

X

16-66 CHECK #5600 BANK OF AMERICA

L. FLEISCHMAN    / MT

Property:
VACANT LOT (4419-005-041)
PACIFIC PALISADES, CA 90272

**ORIGINAL COPY**

ESCROW AMENDMENT